
2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **South China Packaging Co., Ltd.** |
| Bankruptcy Case: | **HRB Winddown, Inc.** |
| Preference Period: | **Sep 19, 2019 - Dec 18, 2019** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-081061AAA | $12,044.16 | 11/25/2019 | D-19242-3 | 11/5/2019 | $12,044.16 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080982M | $11,923.20 | 11/15/2019 | D19242-2 | 10/25/2019 | $11,923.20 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718K | $21,254.40 | 10/25/2019 | D197197-2/D19242 | 10/10/2019 | $10,661.76 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080718K | $21,254.40 | 10/25/2019 | D19242-1 | 10/10/2019 | $10,592.64 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080581AAA | $10,609.92 | 10/16/2019 | D19197-1 | 9/27/2019 | $10,540.80 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080581AAA | $10,609.92 | 10/16/2019 | D19197 DIFF | 9/6/2019 | $69.12 |
| High Ridge Brands Co. | High Ridge Brands Co. | PMT-080377AAA | $10,540.80 | 9/27/2019 | D19197 | 9/6/2019 | $10,540.80 |

**Totals:**    **5 transfer(s),**    **$66,372.48**

South China Packaging Co., Ltd. (2266192)
Bankruptcy Case: HRB Winddown, Inc.

Dec 13, 2021

Exhibit A

P. 1